**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EMMA WATSON, individually and as next friend of D.J. and W.B., ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 2:08-cv-81-JRG-RSP |
| | § | |
| GREGORY HORTMAN, M.D., ET AL., | § | |
| Defendants. | § | |

**ORDER**

On March 12, 2009, Magistrate Judge Charles Everingham issued a Report and Recommendation, urging this Court to grant-in-part and deny-in-part Defendants' motions to dismiss (Dkt. No. 66.) On March 31, 2009, the Court overruled the parties' objections to the Report and Recommendation (Dkt. No. 69), and on February 15, 2012, the Court denied Plaintiffs' Motion for Reconsideration (Dkt. No. 158.)

On September 13, 2010, Magistrate Judge Charles Everingham issued a Report and Recommendation, urging this Court to deny Plaintiffs' Motion for Summary Judgment and grant Defendants' Motion for Summary Judgment (Dkt. No. 138.) On September 27, 2010, Plaintiffs filed objections to the same (Dkt. No. 142), to which Defendants' response followed on October 29, 2010 (Dkt. No. 148.)

Upon considering the September 13 Report and Recommendation and the objections thereto, the Court hereby OVERRULES such objections and ADOPTS the Report and Recommendation in accordance with the reasons set forth in the same.

Accordingly, it is hereby ORDERED and ADJUDGED that all claims by Plaintiffs in this matter are DENIED and this case is hereby DISMISSED WITH PREJUDICE.

**So ORDERED and SIGNED this 27th day of March, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE